## STATE OF OREGON,
*Respondent,*

*v.*

## MARK JASON SPENCER,
*Appellant.*

02C-43118; A122719

139 P3d 1011

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Jennelle Meeks Barton, Deputy Defender, Office of Public Defense Services, for response.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).